## American Lumber Company *v.* Exler, Appellant.

Argued Nov. 6, 1912. Appeal, No. 158, Oct. T., 1912, by defendant, from judgment of C. P. Allegheny Co., Third T., 1908, No. 657, on verdict for plaintiff in case of American Lumber & Manufacturing Company, a corporation, v. Joseph Exler. Before FELL, C. J., MESTREZAT, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

*John M. Freeman,* with him *D. T. Watson, Alexander Gilfillan* and *Harry F. Stambaugh,* for appellant.

*Robert B. Ivory,* with him *T. M. Gealey,* for appellee.

OPINION BY MR. JUSTICE MOSCHZISKER, January 6, 1913.

This case was tried with Satler Lumber Co. v. Exler, 239 Pa. 135, and the opinion filed in the former fully covers all that need be said in disposing of the present appeal.

The assignments of error are overruled and the judgment is affirmed.